1

2

3

4

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6

7   MARCOS A. MANUEL,                          NO:  12-CV-5108-TOR

                        Plaintiff,

8        v.                                    ORDER DENYING MOTION FOR
                                               CLASS CERTIFICATION

9   KRISTI MCGOWAN, JEFFREY
    UTTECHT, LIZA ROHRER, NACY
10  DAVIES, BERNARD WARNER,  and
    DAN PACHOLKE,

11
                        Defendants.

12

13       BEFORE THE COURT is Plaintiff's Motion for Class Certification, ECF

No. 9.  Plaintiff, a prisoner at the Coyote Ridge Corrections Center, is proceeding
14
    *pro se* and *in forma pauperis*.  Defendants have not been served.  It appears from
15
    Plaintiff's single page motion, and supporting affidavits from three other inmates at
16
    the  Coyote  Ridge  Corrections  Center  with  ICE  (Immigration  and  Customs
17
    Enforcement) detainers lodged against them, that Plaintiff is attempting to certify a
18
    plaintiff class.
19
         As a *pro se* plaintiff, however, Mr. Manuel cannot "fairly and adequately
20
    protect the interests of the class," as required by Fed. R. Civ. P. 23(a)(4).  *See*

ORDER DENYING MOTION FOR CLASS CERTIFICATION --1

*Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir. 1975) (per curium) (plain error to permit imprisoned litigant, unassisted by counsel, to represent fellow inmates in a class action). Although a non-attorney may appear *pro* se on behalf of himself, he has no authority to appear as an attorney for others. *C.E. Pope Equity Trust v. United* States, 818 F.2d 696, 697 (9th Cir. 1987). Also, "[e]very court that has considered the issue has held that a prisoner proceeding *pro se* is inadequate to represent the interests of his fellow inmates in a class action." *Caputo v. Fauver*, 800 F. Supp. 168, 170 (D.N.J. 1992) *aff'd without op.*, 995 F.2d 216 (3rd Cir. 1993). Plaintiff is not qualified to pursue the claims on behalf of other inmates or to protect their interests. Therefore, Plaintiff's Motion for Class Certification, ECF No. 9, is **DENIED.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this 9th day of January 2013.

_s/ Thomas O. Rice_

THOMAS O. RICE
United States District Judge

ORDER DENYING MOTION FOR CLASS CERTIFICATION --2